## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

PATRICK WAYNE MCCLENAHEN,

**Plaintiff,**

-vs-                                                                           Case No. 6:12-cv-919-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,

**Defendant.**

_____

### ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's appeal to the District Court from the final decision of the Commissioner of Social Security. The Court having reviewed the report and recommendation of the magistrate judge (Doc. No. 25) and the objections filed by the defendant (Doc. No. 27), it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED**. The decision of the Commissioner is **AFFIRMED**. Clerk of the Court is directed to issue a judgment consistent with this Order and **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this _____ day of May, 2013.

G. KENDALL SHARP
Senior United States District Judge

Copies to:
Counsel of Record

Patrick Wayne McClenahen, Defendant
414 South Palmetto Ave.
Daytona Beach, FL 32114